IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT TERRANCE WILLIAMS, III,<br><br>Defendant. | CR 22–152–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss Indictment Without Prejudice. (Doc. 27.) The motion seeks to dismiss the Indictment (Doc. 1) without prejudice, pursuant to FED. R. CRIM. P. 48(a), because "[i]t is no longer in the interests of justice to prosecute this indictment." (Doc. 27 at 2.)

Federal Rule of Criminal Procedure 48(a) states the government "may, with leave of court, dismiss an indictment." The Court finds that there is good cause to dismiss the indictment.

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) is DISMISSED without prejudice.

DATED this 23rd day of August, 2023.

Dana L. Christensen, District Judge
United States District Court

1